# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

161193

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARTIN GARCIA MARTINEZ, JR.,
    Defendant-Appellant.

SC: 161193
COA: 346063
Wayne CC: 17-010813-FC

_____/

On order of the Court, the application for leave to appeal the February 18, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020

Clerk

t1116